IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTINA-LEAS (FAMILY); DUNN;
VERONICA –LEAS (FAMILY) LAPETINA                      PLAINTIFFS

V.                          CIVIL NO. 11-5170

CARTER-YOUNG, INC.                                     DEFENDANT

CARTER-YOUNG, INC.                                     COUNTERPLAINTIFF

V.

CHRISTINA-LEAS (FAMILY); DUNN;
VERONICA –LEAS (FAMILY) LAPETINA                      COUNTERDEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties having amicably resolved their differences, the Complaint and Counterclaim in this case are both hereby dismissed with prejudice.

IT IS SO ORDERED.

HONORABLE JIMM LARRY HENDREN

September 6, 2011
DATE

Approved by:

Christina Leas Dunn, Plaintiff

Veronica Leas Lapetina, Plaintiff

JOHN W. FINK, Bar No. 82063
Attorney for Defendant/ Counterclaimant
James, Fink & House, P.A.
P. O. Box 3585
Little Rock, AR 72203-3585
(501) 372-6555